

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-20837-CIV-MORENO

JOSEPH BLUE,

    Plaintiff,

vs.

DAVID HARRIS, G. ARLINE, SUSAN MILES, B. PONCE, JACKIE ADAMS, and JAMES MCDONOUGH,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Motion for Summary Judgment **(D.E. No. 85)**, filed on **March 13, 2008**, Plaintiff's Motion for Summary Judgment **(D.E. No. 91)**, filed on **March 20, 2008**, and Defendants' Joint Motion for Summary Judgment **(D.E. No. 101)** filed on **April 11, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 112)** on **August 15, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the Magistrate Judge's Report and Recommendation presents and notes that as of the date of this order no objections have been filed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 112)** filed on **August 15, 2008** is **AFFIRMED** and **ADOPTED**.

Accordingly, it is

**ADJUDGED** that:

(1)     Plaintiff's Motion for Summary Judgment **(D.E. No. 85)** is DENIED for the reasons stated in the Magistrate Judge's Report and Recommendation;

(2)     Plaintiff's Duplicate Motion for Summary Judgment **(D.E. No. 91)** is DENIED;

(3)     Defendants' Joint Motion for Summary Judgment **(D.E. No. 101**) is GRANTED; and

(4)     all other pending motions are DENIED as moot and this case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of September, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Parties and Counsel of Record